JOYCE W. LINDAUER
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
(972) 503-4033 -Telephone
(972) 503-4034 – Facsimile

**ATTORNEY FOR HUNTERS GLEN, LLC**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-41017 |
| | § | |
| GARY R. MORRIS, | § | |
| | § | |
| Debtor. | § | CHAPTER 7 |

**HUNTERS GLEN, LLC'S NOTICE OF TRANSFER AND WITHDRAWAL OF CLAIM NO. 5 (ASSIGNED BY TEX-SAND SPORT TURF AND SPECIALTY, INC.)**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Hunters Glen, LLC and gives notice of the transfer of Claim No. 5 by Creditor Tex-Sand Sport Turf Specialty, Inc. to Hunters Glen, LLC. Hunters Glen, LLC further gives notice of its unconditional Withdrawal of Claim No. 5 in this Case.

Respectfully submitted,

/s/ Joyce W. Lindauer
_____
Joyce W. Lindauer
State Bar No. 21555700
Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

Attorney for Hunters Glen, LLC

HUNTERS GLEN, LLC'S NOTICE OF TRANSFER AND WITHDRAWAL OF CLAIM NO. 5 (ASSIGNED BY TEX-SAND SPORT TURF AND SPECIALTY, INC.)- PAGE 1

## CERTIFICATE OF SERVICE

Pursuant to the Federal and Local Rules of Bankruptcy Procedure, the undersigned attorney of record certifies that a copy of the foregoing was served upon all parties via the Court's ECF Filing System or by U.S. Mail on this 19th day of November, 2012.

/s/ Joyce W. Lindauer
_____
Joyce W. Lindauer